JUDGE KAPLAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 17 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    - v. -                           :
                                          08 Cr.

ERIC OROZCO                          :
    a/k/a "Money E," and
REYNOLD OROZCO,                      

              Defendants.    :

**08 CRIM 052**

INDICTMENT

- - - - - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The Grand Jury charges:

1.   From approximately on or about November 30, 2006 through on or about January 22, 2007, in the Southern District of New York and elsewhere, ERIC OROZCO, a/k/a "Money E," and REYNOLD OROZCO, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ERIC OROZCO, a/k/a "Money E," and REYNOLD OROZCO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Codes, Sections 812, 841(a)(1), and 841(b)(1)(C).

<u>Overt Acts</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about December 4, 2006, ERIC OROZCO, a/k/a "Money E," the defendant, distributed a bag containing cocaine in the Bronx, New York.

    b. On or about January 22, 2007, REYNOLD OROZCO, the defendant, distributed a bag containing cocaine in the Bronx, New York.

(Title 21, United States Code, Section 846.)

<u>COUNT TWO</u>

The Grand Jury further charges:

4. On or about December 4, 2006, in the Southern District of New York, ERIC OROZCO, a/k/a "Money E," and REYNOLD OROZCO, the defendants, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.)

<u>COUNT THREE</u>

The Grand Jury further charges:

5. On or about December 12, 2006, in the Southern District of New York, ERIC OROZCO, a/k/a "Money E," the

defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base (in a form commonly known as "crack").

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

### COUNT FOUR

The Grand Jury further charges:

6. On or about January 22, 2007, in the Southern District of New York, ERIC OROZCO, a/k/a "Money E," and REYNOLD OROZCO, the defendants, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION

7. As a result of committing one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, ERIC OROZCO, a/k/a "Money E," and REYNOLD OROZCO, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to

commit and to facilitate the commission of the violations alleged in Counts One through Four of this Indictment.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

| _____ | _____ |
|---|---|
| FOREPERSON | MICHAEL J. GARCIA<br>United States Attorney |

-4-

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**ERIC OROZCO, a/k/a "Money E," and REYNOLD OROZCO**

Defendants.

---

**INDICTMENT**

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C) and 846; 18 U.S.C. § 2)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.