```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :     ORDER
        -v.-                     :
                                 :     08 Cr. 52 (LAK)
ERIC OROZCO,                     :
        a/k/a "Money E,"         :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 20, 2008; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED: *nunc pro tunc as of July 17, 2008*

Dated: New York, New York
       July 28, 2008

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/28/08]