USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA
                                   :        ORDER OF FORFEITURE
         -v.-
                                   :        08 Cr. 52 (LAK)
ERIC OROZCO,
      a/k/a "Money E,"             :

              Defendant.           :

- - - - - - - - - - - - - - - - x

        WHEREAS, on January 17, 2008, ERIC OROZCO (the
"defendant") was charged in a four-count Indictment, 08 Cr. 52
(LAK) (the "Indictment"), with, among other things, distributing
and possessing with intent to distribute cocaine base, in violation
of 21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(A) (Count Three);

        WHEREAS, the Indictment included a forfeiture allegation
seeking forfeiture to the United States, pursuant to 21 U.S.C. §
853, of any and all property constituting or derived from any
proceeds the defendant obtained directly or indirectly as a result
of the offenses charged in Counts One through Four of the
Indictment, and any and all property used or intended to be used in
any manner or part to commit and to facilitate the commission of
said offenses;

        WHEREAS, on March 20, 2008, the defendant pled guilty to
Count Three of the Indictment pursuant to a plea agreement with the
Government;

        WHEREAS, pursuant to the terms of his plea agreement, the
defendant admitted the forfeiture allegation in the Indictment and

agreed to forfeit a sum of money in United States currency representing the proceeds that the defendant obtained as a result of the narcotics crime charged in the Indictment; and

WHEREAS, on July 7, 2008, the defendant was sentenced and ordered to forfeit a sum of $5,600.00 in United States currency;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   A money judgment in the amount of $5,600.00 in United States currency shall be entered against the defendant.

2.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, ERIC OROZCO, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.   All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office,

2

Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

     5.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

     6.   The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney, Anna E. Arreola, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
     July 28, 2008

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

3