```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
United States of America,

        vs.                                      08 CR 52-01 (LAK)

Eric Orozco,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

        The Court having today dismissed the pending violation of supervised release specifications, the defendant's current term of supervised release is terminated, and the writ producing the defendant from state court custody is satisfied.

        IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Eric Orozco, this defendant is discharged from the custody of the United States Marshal immediately.

DATED: May 31, 2023

                                                          _____
                                                          Lewis A. Kaplan
                                                         United States District Judge